FILED
OCT 04 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:23-MJ-02136-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| ROBERT L. AMATO ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about 24 September 2023, on the Fort Liberty Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ROBERT AMATO, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that they had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about 24 September 2023, on the Fort Liberty Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ROBERT

AMATO, did operate a motor vehicle upon a street, highway, or public vehicular area without due caution and circumspection and in a manner so as to endanger any person or property, in violation of Title 18, United States Code Section 13, assimilating North Carolina General Statute 20-140(b).

## COUNT THREE

THAT, on or about 24 September 2023, on the Fort Liberty Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ROBERT AMATO, did operate a motor vehicle upon a street, highway, or public vehicular area while transporting an open container of an alcoholic beverage after they had consumed alcohol, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.7.

MICHAEL F. EASLEY, JR.
UNITED STATES ATTORNEY

BY: *(signature)*
JUSTIN P. BRICKEY
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Liberty
Fort Liberty, NC 28310-5000
(910) 396-1221/1222